IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

    Plaintiff,                                                       JUDGMENT IN A CIVIL CASE

v.                                                                   16-cv-521-jdp

BYRON BARTOW, JOHN DOE STAFF and
JOHN JORGENSEN,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

    /s/                                                                            12/8/2016

Peter Oppeneer, Clerk of Court                       Date